| Attorney or Party without Attorney:<br>DAVID LEDGER<br>CARLSMITH BALL, LLP<br>134 W. SOLEDAD AVE.<br>SUITE 401<br>HAGATNA, GU 96910<br><br>Attorney for: Plaintiff | Telephone No.:<br>(671) 472-6813<br><br><br>Ref. No. or File No.: | For Court Use Only<br><br>FILED<br>DISTRICT COURT OF GUAM<br>APR 01 2003<br>MARY L. M. MORAN<br>CLERK OF COURT<br>(4) |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT, DISTRICT OF GUAM | | |
| Plaintiff: JAN'S HELICOPTER SERVICE, INC.<br>Defendant: FEDERAL AVIATION ADMINISTRATION | | |
| DECLARATION RE: NON-SERVICE<br>(Summons And Complaint) | Hearing Date: | Time: | Dept/Div | Case Number:<br>03-00002 |

1.  DOCUMENTS: SUMMONS AND COMPLAINT .

2.  I, Brett A. Peters, and any employees or independent contractors retained by GOLD COAST ATTORNEY SERVICE are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on the Defendant **FEDERAL AVIATION ADMINISTRATION** as follows:

    Address #1, Business
    -------------------
    15000 AVIATION BL.
    LAWNDALE CA 90261

| DAY | DATE | TIME | LOCATION | R E S U L T |
|---|---|---|---|---|
| Wed | 03/12/03 | 10:40AM | Business | CANNOT SERVE AT THIS LOCATION. MUST FOLLOW FRCP 4 AND SERVE U.S. ATTORNEY OFFICE IN THIS AREA AND IN WASHINGTON, D.C.. Attempt made by Brett A. Peters. Attempt at: 15000 AVIATION BL., LAWNDALE, CA, 90261. |
| Tue | 03/18/03 | 05:00PM | Business | Returned Not Served from business - 15000 AVIATION BL. LAWNDALE CA 90261. |

3.  Person executing:
    Brett A. Peters
    GOLD COAST ATTORNEY SERVICE
    79 DAILY DRIVE, #293
    CAMARILLO, CA 93010-9998
    (805) 388-3136

    Recoverable Costs Per CCP 1033.5(a)(4)(B)
    a.      $1.00
    d.   Registered California process server.
         (2)   Registration NO.: 109
         (3)   County: Ventura

4.  *I declare* under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Date: Mar. 18, 2003

    ▶ _____
    (Signature)       CB756125.33208

DECLARATION RE: NON-SERVICE