FILED
DISTRICT COURT OF GUAM
APR 1 1 2003
MARY L. M. MORAN
CLERK OF COURT



DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JAN'S HELICOPTER SERVICE, INC., | Civil Case No. 03-00002 |
| Plaintiff, | |
| vs. | |
| FEDERAL AVIATION ADMINISTRATION, | ORDER |
| Defendant. | |

Due to the scheduling needs of the Court, the May 1, 2003 Scheduling Conference is hereby moved to Wednesday, May 7, 2003 at 3:45 p.m. The parties shall submit the proposed discovery plan and scheduling order by Wednesday, April 30, 2003.

SO ORDERED this 11th day of April, 2003.

JOHN S. UNPINGCO
District Judge