CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel. No. (671) 472-6813

Attorneys for Plaintiff
Jan's Helicopter Service, Inc.

FILED
DISTRICT COURT OF GUAM
MAY 0 8 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JAN'S HELICOPTER SERVICE, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FEDERAL AVIATION ) <br> ADMINISTRATION, ) <br> ) <br> Defendants. ) <br> ) | CIVIL CASE NO. 03-00002 <br><br> [PROPOSED] <br> SCHEDULING ORDER AND <br> DISCOVERY PLAN |

## SCHEDULING ORDER

Pursuant to Federal Rules of Civil Procedure 16 and 26(f), and Local Rule of Practice 16.1, the parties hereby submit the following Scheduling Order.

1. <u>The nature of the case.</u> Plaintiff alleges that Defendant issued unauthorized grounding orders, which constitute a violation under 14 C.F.R. 13.5, 13.20(b), due process under 13.20(b), and Amendment V of the United States Constitution. Plaintiff seeks a rescission of the grounding order, full restoration of Part 375.30 operating authority, assessment of civil penalties, actual and consequential damages, and attorneys fees.

2. <u>The posture of the case</u>.

   (a) There are no motions currently on file.

   (b) No motions have been resolved.

   (c) No discovery has been initiated.

3. All Motions to add Parties and Claims shall be on or before September 5, 2003.

4. All Motions to Amend Pleadings shall be filed not later than September 5, 2003.

5. <u>Status of discovery</u>. The Discovery Plan, *infra*, is adopted by the parties.

6. ~~The Scheduling Conference shall be on May 7, 2003.~~

7. The Discovery Cutoff (defined as the last day to file responses to Discovery) is December 30, 2003.

8. (a) The anticipated discovery motions are: unknown at this time. All discovery motions shall be filed 15 days after the discoverable information is disputed.

   (b) The anticipated dispositive motions are: unknown at this time. All potentially dispositive motions shall be filed on or before January 9, 2004, and heard on or before January 30, 2004.

9. The prospects for settlement are unknown.

10. The Preliminary Pretrial Conference shall be held on February 9, 2004 (not later than 21 days before trial).

11. The Parties' Pretrial Materials, Discovery Materials, Witness Lists, Exhibit Lists and Designation of Discovery Responses shall be filed on or before February 16, 2004 (not later than 14 days before trial).

12. The Proposed Pretrial Order shall be filed on or before February 23, 2004 (not later than 7 days before trial).

13. The Final Pretrial Conference shall be held on February 23, 2004 (not later than 7 days before trial).

14. The trial shall begin on March 1, 2004.

15. There is no jury.

16. It is anticipated that it will take three (3) to four (4) days to try this case.

17. The names of the counsel are:

   For Plaintiff: David Ledger, Esq. & Elyze McDonald, Esq.

   For Defendant: Office of the U.S. Attorney

18. The prospects for settlement are unknown.

19. Counsel has no suggestions for shortening the trial at this time.

20. At this time, there are no issues affecting the status or management of this case.

## DISCOVERY PLAN

1. Depositions of lay witnesses may begin at once and be taken as needed. The parties may call expert witnesses to testify.

2. Unless additional discovery is ordered by the Court, the parties may serve one set of interrogatories not to exceed 25 and one set of requests for admissions not to exceed 25. Local Rule of Practice 33.1. The parties may serve any number of requests for production of documents. Unless a shorter time is agreed to, all written discovery shall be served by a date as to afford the answering party the full response time permitted by the applicable rules prior to the Discovery Cutoff.

3. <u>Disclosures and depositions</u>.

a. The Initial Disclosures previously made pursuant to Federal Rule of Civil Procedure 26(a)(1) shall be supplemented not later than June 4, 2003.

b. Disclosure of expert testimony required under Federal Rule of Civil Procedure 26(a)(2) shall be made not later than November 3, 2003.

c. Subsequent designation of rebuttal expert testimony under Federal Rule of Civil Procedure 26(a)(2) shall be made not later than December 1, 2003.

d. Depositions of experts designated under Federal Rule of Civil Procedure 26(a)(2) and paragraph 3.b. above, shall be completed not later than the discovery cut-off date. Depositions of rebuttal experts, if any are designated under Federal Rule of Civil Procedure 26(a)(2) and paragraph 3.c. above, shall be completed not later than fourteen days after the discovery cutoff.

e. Rule 26(a)(3) disclosures shall be made not later than 30 days before trial.

4. Other than the 25 count limit on Interrogatories and Requests for Admissions, the parties do not anticipate requiring any other changes or limitations on discovery as may be imposed under federal or Local Rules.

5. The discovery cut-off (defined as the last day to file responses to written discovery) is December 30, 2003. Depositions may be taken until the cutoff date and as provided above in paragraphs 3 and 4.

SUBMITTED this 5th day of May 2003.

CARLSMITH BALL LLP

_____
DAVID LEDGER
ELYZE McDONALD
Attorneys for Plaintiff
Jan's Helicopter Service, Inc.

SUBMITTED this 5th day of May 2003.

OFFICE OF THE U.S. ATTORNEY

_____
MIKEL W. SCHWAB
Attorneys for Defendant
Federal Aviation Administration

**ORDER**

SO ORDERED this 7th day of May 2003.

_____
THE HONORABLE JOHN S. UNPINGCO
Judge, District Court of Guam

RECEIVED
MAY - 8 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM