CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel. No. (671) 472-6813

Attorneys for Plaintiff
Jan's Helicopter Service, Inc.

```
FILED
DISTRICT COURT OF GUAM
JUN - 4 2003
MARY L. M. MORAN
CLERK OF COURT
```

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JAN'S HELICOPTER SERVICE, INC., ) | CIVIL CASE NO. 03-00002 |
| ) | |
| Plaintiff, ) | |
| ) | **AGREEMENT OF HEARING DATE** |
| vs. ) | |
| ) | |
| FEDERAL AVIATION ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1. I, Elyze McDonald, am the attorney for the Plaintiff Jan's Helicopter Service, Inc. in this matter. I contacted the attorney for Defendant Federal Aviation Administration to agree upon a date for oral argument of the Defendant's Motion to Dismiss.

2. The attorney for the opposing party is Mikel Schwab, Assistant United States Attorney.

3. We agreed upon the following date August 1, 2003 at _10:00_ _a_.m.

**AGREEMENT OF HEARING DATE**
Jan's Helicopter Service, Inc. vs. Federal Aviation Administration
District Court of Guam Civil Case No. CV03-00002

4. I called the Deputy Clerk of Court to ensure that the Court is available on the above date.

DATED this 4th day of June 2003.

CARLSMITH BALL LLP

*Elyze McDonald*

DAVID LEDGER
ELYZE McDONALD
Attorneys for Plaintiff
Jan's Helicopter Service, Inc.