ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for United States of America



IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| JAN'S HELICOPTER SERVICE, INC., | CIVIL CASE NO. 03-00002 |
| Plaintiff, | |
| vs. | |
| FEDERAL AVIATION ADMINISTRATION, | **REQUEST FOR TELEPHONIC INCLUSION** |
| Defendant. | |

The United States respectfully requests the courtesy of telephonic inclusion of an attorney from the Federal Aviation Administration in the hearing on the government's Motion To Dismiss now scheduled for 10 a.m. on Friday, August 1, 2003. The inclusion is requested both to benefit the agency by keeping co-counsel informed, and to have a person knowledgeable in the policies and procedures of the FAA in the event that the parties or the Court need information from the agency. The Motion will be argued by Assistant United States Attorney, Mikel W. Schwab, who will be present.

//
//
//

| | |
|---|---|
| 1 | The counsel from the FAA is; |
| 2 | Kenneth Caplan<br>Office of the Chief Counsel |
| 3 | Federal Aviation Administration |
| 4 | |
| | He can be contacted at # 858-483- 4446. |
| 5 | |
| 6 | |
| | Respectfully requested this 31st day of July 2003. |
| 7 | |

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I, FRANCES B. LEON GUERRERO, Legal Assistant, working in the U.S. Attorney's Office, in the District of Guam, hereby certify that, on July 31, 2003, I caused to be served by personal service a copy of the "Request for Telephonic Inclusion", in Civil Case No. 03-00002, Jan's Helicopter Svc, Inc. v. Federal Aviation Administration and Civil Case No. 03-00005, Americopters, L.L.C. v. Federal Aviation Administration, to the following attorneys of record:

> David Ledger, Attorney
> Elyze McDonald, Attorney
> Carlsmith Ball, L.L.P.
> 134 West Soledad Avenue
> Bank of Hawaii Building, Suite 401
> Hagatna, Guam 96910

*/s/ Frances B. Leon Guerrero*
FRANCES B. LEON GUERRERO