# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
HONORABLE JOHN S. UNPINGCO, CHIEF JUDGE, PRESIDING
## CIVIL MINUTES - GENERAL

FILED
DISTRICT COURT OF GUAM
AUG -1 2003
MARY L. M. MORAN
CLERK OF COURT

**CASE NO. CV-03-00002**  **DATE: 08/01/2003**  **TIME: 10:31 a.m.**

**CAPTION:** Jan's Helicopter Service, Inc.  -vs-  Federal Aviation Administration

Courtroom Deputy: Leilani Toves Hernandez
Court Reporter: Wanda Miles
Hearing Electronically Recorded: (Run Time:10:31:32 - 11:01:10)

Law Clerk: J. HATTORI
CSO: B. Pereda & F. Camacho

**APPEARANCES**

**COUNSEL FOR PLAINTIFF(s):**
DAVID LEDGER

**COUNSEL FOR DEFENDANT(s):**
MIKEL SCHWAB
KENNETH CAPLAN (Office of the Chief Counsel, F.A.A.)

**OTHERS PRESENT**
JOHN WALKER

**PROCEEDINGS:**

## MOTION TO DISMISS FOR LACK JURISDICTION

( X ) MOTION (S) ARGUED BY    ( X ) PLAINTIFF    ( X ) DEFENDANT
( X ) MOTION(s)  _X_ Granted  __ Denied  ___Settled  ___Withdrawn  ___Under Advisement
(  ) ORDER SUBMITTED  ___ Approved  ___ Disapproved
( X ) ORDER to be Prepared By: Court
(  ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

Case called along with CV-03-00005. Motion argued by parties.

The Court GRANTS the Motion and states its reasons. The Court will issue a written Order, expanding on the rationale of its ruling and memorializing today's hearing, within one week.

COURTROOM DEPUTY:
L:\Docs\COURTROOM MINUTES\CV-03-00002.wpd

END TIME: 11:01 a.m.