| | | | | |
|---|---|---|---|---|
| AO435 (Rev. 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | | FOR COURT USE ONLY DUE DATE: | |
| | TRANSCRIPT ORDER | | | |

*Read Instructions on Back.*

| 1. NAME Ledger, David P. | 2. PHONE NUMBER (671) 472-6813 | 3. DATE August 4, 2003 | |
|---|---|---|---|
| 4. MAILING ADDRESS Carlsmith Bal LLP Suite 401, Bank of Hawaii Building 134 West Soledad Avenue | 5. CITY Hagatna | 6. STATE Guam | 7. ZIP CODE 96910 |
| 8. CASE NUMBER CV03-00002 CV03-00005 | 9. JUDICIAL OFFICIAL John S. Unpingco | DATES OF PROCEEDINGS 10. FROM 08/01/2003 | 11. TO 08/01/2003 |
| 12. CASE NAME Jan's Helicopter Service, Inc. vs. Federal Aviation Administration Americopters, LLC vs. Federal Aviation Adminsitration | | LOCATION OF PROCEEDINGS 13. CITY Hagatna | 14. STATE Guam |

15. ORDER FOR
- [x] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☒ OPENING STATEMENT (Plaintiff) | 08/01/2003 (Hearing) | | |
| ☒ OPENING STATEMENT (Defendant) | 08/01/2003 (Hearing) | | |
| ☒ CLOSING ARGUMENT (Plaintiff) | 08/01/2003 (Hearing) | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☒ CLOSING ARGUMENT (Defendant) | 08/01/2003 (Hearing) | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☒ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE *[signed]*

19. DATE August 4, 2003

ESTIMATE TOTAL

PROCESSED BY

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

FILED
DISTRICT COURT OF GUAM
AUG - 5 2003
MARY L. M. MORAN
CLERK OF COURT

ORDER RECEIVED — DATE 8/05/03 BY *[initials]*

| | | |
|---|---|---|
| DEPOSIT PAID | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | TOTAL DUE | |

(Previous editions of this form may still be used)   ORIGINAL - COURT COPY   YELLOW - TRANSCRIPTION COPY   GREEN - ORDER RECEIPT   PINK - ORDER COPY

☆ U.S. GPO: 1994-560-605