FILED
DISTRICT COURT OF GUAM
DEC 30 2003
MARY L. M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| JAN'S HELICOPTER SERVICE, INC.<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL AVIATION ADMINISTRATION,<br><br>Defendant. | CIVIL CASE NO. 03-00002 |
| AMERICOPTERS, LLC<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL AVIATION ADMINISTRATION,<br><br>Defendant. | CIVIL CASE NO. 03-00005<br><br>**JUDGMENT** |

Judgment is hereby entered in accordance with the Memorandum Order filed December 29, 2003.

Dated this 30th day of December, 2003, Hagatna, Guam.

MARY L. M. MORAN
Clerk of Court

By: /s/ Rosita P. San Nicolas
Deputy Clerk

Notice is hereby given that this document was entered on the docket on 12-30-03. No separate notice of entry on the docket will be issued by this Court.

Mary L. M. Moran
Clerk, District Court of Guam

By: /s/ 12-30-03
Deputy Clerk   Date