ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Jan's Helicopter Service, Inc.



FILED
DISTRICT COURT OF GUAM
JAN 13 2004
MARY L. M. MORAN
CLERK OF COURT

17

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JAN'S HELICOPTER SERVICE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FEDERAL AVIATION ADMINISTRATION, <br><br> Defendant. | CIVIL CASE NO. CIV03-00002 <br><br> **REPRESENTATION STATEMENT** |

Pursuant to Circuit Rule 3-2, Plaintiff Jan's Helicopter Service, Inc. hereby furnishes the following Representation Statement:

Plaintiff is Jan's Helicopter Service, Inc. and is represented by David Ledger, Esq. and Elyze McDonald, Esq., Carlsmith Ball LLP, Suite 401, Bank of Hawaii Building, 134 West Soledad Avenue, Hagåtña, Guam 96910, (671) 472-6813.

Defendant is Federal Aviation Administration and is represented by Mikel W. Schwab, Esq., Office of the United States Attorney, 108 Hernan Cortez Avenue, Suite 500, Sirena Plaza, Hagåtña, Guam 96910, (671) 472-7332.

DATED: Hagåtña, Guam, January 7, 2004.

CARLSMITH BALL LLP

*[signature]*

DAVID LEDGER
ELYZE McDONALD
Attorneys for Plaintiff
Jan's Helicopter Service, Inc.