ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Jan's Helicopter Service, Inc.



IN THE DISTRICT COURT OF GUAM

| JAN'S HELICOPTER SERVICE, INC., | ON APPEAL TO THE COURT OF APPEALS FOR THE NINTH CIRCUIT |
|---|---|
| Plaintiff, | |
| vs. | DISTRICT COURT OF GUAM CIVIL CASE NO. CIV03-00002 |
| FEDERAL AVIATION ADMINISTRATION, | **STIPULATION REGARDING NOTICE OF NO TRANSCRIPT ORDER** |
| Defendant. | |

Pursuant to Circuit Rule 10-3(c), the undersigned parties hereby agree that no transcripts will be ordered in this case. The parties note that a transcript of the August 1, 2003 Hearing on Plaintiff's Motion to Dismiss for Lack of Subject Matter Jurisdiction is already on file in this case.

DATED: Hagåtña, Guam, January 23, 2004.

CARLSMITH BALL LLP

_____
DAVID LEDGER
ELYZE McDONALD
Attorneys for Plaintiff
Jan's Helicopter Service, Inc.

DATED: Hagåtña, Guam, January 23, 2004.

OFFICE OF THE UNITED STATES
ATTORNEY

_____
MIKEL W. SCHWAB
Attorneys for Defendant
Federal Aviation Administration

4836-5288-0640.1.051998-00036