# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Jan's Helicopter Service, Inc., | Case No. 1:03-cv-00002 |
| Plaintiff-Appellant, | |
| vs. | |
| Federal Aviation Administration, | **CERTIFICATE OF SERVICE** |
| Defendant-Appellee. | |

The following office(s)/individual(s) acknowledged receipt of the USCA Mandate filed May 31, 2006, on the dates indicated below:

| | |
|---|---|
| U.S. Attorney's Office | Carlsmith Ball LLP |
| June 5, 2006 | June 2, 2006 |

I, Virignia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

USCA Mandate filed May 31, 2006

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: June 7, 2006      /s/ Virginia T. Kilgore
                         Deputy Clerk