```
 1  LEONARDO M. RAPADAS
    United States Attorney
 2  MIKEL W. SCHWAB
    Assistant U.S. Attorney
 3  108 Hernan Cortez Ave.
    Sirena Plaza, Ste. 500
 4  Hagatna, Guam 96910
    Tel: (671) 472-7332
 5  Fax: (671) 472-7215
 6  Attorneys for Plaintiff United States of America
```

**ORIGINAL**

FILED
DISTRICT COURT OF GUAM
AUG -7 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

FOR THE

TERRITORY OF GUAM

| | |
|---|---|
| JAN'S HELICOPTERS SERVICE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL AVIATION ADMINISTRATION, | CIVIL NO. 03-00002<br><br>STIPULATION BY PARTIES FOR CONTINUANCE OF <u>RULE 16 SCHEDULING CONFERENCE</u> |

Pursuant to the Court's Scheduling Order, a Rule 16 Scheduling Conference presently is set for August 9, 2006 at 9:30 a.m.. Parties have lodged with the District Court an Amended Scheduling Order as of August 3, 2006.

Counsel for Federal Aviation Administration, Assistant U.S. Attorney Mikel W. Schwab, is presently Off-Island for a witness deposition and will return on August 13, 2006. Also, Counsel for Federal Aviation Administration wishes to inform the Court that he will be a guest speaker on August 16, 2006, at the Pacific Law Enforcement Drug Summit scheduled from August 16-18, 2006.

//
//
//

Both parties believe that the interest of justice will best be served in resetting the date of the Scheduling Conference at least one week thereafter to be set by the Court.

Respectfully submitted this 7th day of August, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney

APPROVED AS TO CONTENT:

_____
DAVID LEDGER
ELYZE J. MCDONALD

Attorneys for Jan's Helicopters Service, INC.