```
 1  LEONARDO M. RAPADAS
    United States Attorney
 2  MIKEL W. SCHWAB
    Assistant U.S. Attorney
 3  108 Hernan Cortez Ave.
    Sirena Plaza, Ste. 500
 4  Hagatna, Guam 96910
    Tel: (671) 472-7332
 5  Fax: (671) 472-7215

 6  Attorneys for Plaintiff United States of America
```

FILED
DISTRICT COURT OF GUAM
AUG -8 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

FOR THE

TERRITORY OF GUAM

| | |
|---|---|
| JAN'S HELICOPTERS SERVICE, INC., | CIVIL NO. 03-00002 |
| Plaintiff, | **ORDER** |
| vs. | Approving Stipulation to Continue Scheduling Conference |
| FEDERAL AVIATION ADMINISTRATION, | |
| Defendant. | |

For good cause shown, the Court hereby APPROVES the parties' stipulation to continue the Scheduling Conference.

IT IS HEREBY ORDERED that the Scheduling Conference presently calendared for August 9, 2006, be reset for Tuesday, August 15, 2006, at 9:30 a.m.

Dated this _8th_ day of August 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL