ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Jan's Helicopters Service, Inc.

FILED
DISTRICT COURT OF GUAM

NOV 17 2006

MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JAN'S HELICOPTERS SERVICE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FEDERAL AVIATION ADMINISTRATION, <br><br> Defendant. | CIVIL CASE NO. CIV03-00002 <br><br> AFFIDAVIT OF ELYZE J. MCDONALD FOR ENTRY OF DEFAULT |

GUAM USA                            )
                                    ) ss:
MUNICIPALITY OF HAGÅTÑA )

I, Elyze J. McDonald, being duly sworn, depose and state:

1. I am one of the attorneys for Plaintiff Jan's Helicopter Service, Inc. in the above-entitled action.

2. The Complaint in this case was filed three years ago, on February 4, 2003.

3. FAA has not served any Initial Disclosures on Jan's.

4. FAA has not filed an Answer in this case.

5. No extension has been requested or granted to file an Answer.

6. FAA is not an infant nor is it an incompetent person and upon information and

belief, is not a member of the military service of the United States.

Further Affiant sayeth not.

DATED: Hagåtña, Guam, November 17, 2006.

*Elyze J McDonald*
ELYZE J. MCDONALD

SUBSCRIBED AND SWORN to before me, the undersigned Notary Public, duly sworn and commissioned in and for Guam USA this 17th day of November 2006, by ELYZE J. MCDONALD.



*Marie T. Camacho*
NOTARY PUBLIC

**MARIE T. CAMACHO**
**NOTARY PUBLIC**
In and for Guam, U.S.A.
My Commission Expires: February 10, 2007
My Commission Number: NP#03-0004
Post Office Box 3745 Hagatna, Guam 96932