CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Jan's Helicopters Service, Inc.

**FILED**
DISTRICT COURT OF GUAM
NOV 20 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| JAN'S HELICOPTERS SERVICE, INC., | CIVIL CASE NO. CIV03-00002 |
|---|---|
| Plaintiff, | |
| vs. | **ENTRY OF DEFAULT** |
| FEDERAL AVIATION ADMINISTRATION, | |
| Defendant. | |

It appearing from the records and files that Defendant Federal Aviation Administration is in default for failure to plead or otherwise respond to the Complaint or Scheduling Order, as required by law, DEFAULT IS HEREBY ENTERED AGAINST DEFENDANT FEDERAL AVIATION ADMINISTRATION.

DATED: Hagåtña, Guam, November 20, 2006.

MARY LM. MORAN
CLERK OF COURT
DISTRICT COURT OF GUAM

By: _____
DEPUTY CLERK