1  LEONARDO M. RAPADAS
   United States Attorney
2  MIKEL W. SCHWAB
   Assistant U.S. Attorney
3  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
4  Hagåtña, GU 96910
   TEL: (671) 472-7332
5  FAX: (671) 472-7215

6  *Attorneys for the United States of America*

**FILED**

DISTRICT COURT OF GUAM

NOV 29 2006

MARY L.M. MORAN
CLERK OF COURT

7           IN THE UNITED STATES DISTRICT COURT

8              FOR THE TERRITORY OF GUAM

9
   JAN'S HELICOPTER SERVICE, INC.,          )    CIVIL CASE NO. 03-0002
10                                          )
                    Plaintiff,              )
11                                          )
              vs.                           )
12                                          )    CERTIFICATE OF SERVICE
   FEDERAL AVIATION                         )
13 ADMINISTRATION,                          )
                                            )
14              Defendant.                  )
                                            )
15

16          I, MARIE CHENERY, working in the U.S. Attorney's Office, hereby certify that on the

17  29TH of November, 2006 I caused to be served a copy of: Motion to Dismiss for Failure to State

18  a Claim, or, in the Alternative, to Transfer; Motion to Set Aside Default; Unintentional Error,

19  Clerical Mistake; and Affidavit of AUSA in Support of Motion to Set Aside Default via

20  facsimile to and hand delivery to:

21
    David Ledger, Esq.
22  Carlsmith Ball, LLP
    Bank of Hawaii Bldg. Suite 401
23  134 West Soledad Ave., P.O. Box BF
    Hagåtña, GU 96932-5027
24
    Fax: (671) 477-4375
25
                                    _____
26                                  MARIE CHENERY
                                    Paralegal
27

28