CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Jan's Helicopters Service, Inc.



**FILED**
DISTRICT COURT OF GUAM

DEC 1 8 2006

MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JAN'S HELICOPTER SERVICE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FEDERAL AVIATION ADMINISTRATION, <br><br> Defendant. | CIVIL CASE NO. CIV03-00002 <br><br> **AGREEMENT OF HEARING DATE ON PLAINTIFF'S MOTION TO AMEND COMPLAINT; DECLARATION OF SERVICE** |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1. I, David Ledger, am the attorney for Plaintiff in this matter. I have asked Assistant U.S. Attorney Mikel Schwab to agree upon a date for oral argument.

2. Mr. Schwab has agreed to a hearing of Plaintiff's Motion to Amend Complaint on _____, 2007 at _____ a.m./p.m..

3. I also called the Court to confirm a date on which the Court is available to hear Plaintiff's Motion to Amend Complaint. Shirl Ishizu, a Deputy Clerk, has informed my Secretary that the Court is available on February 15, 2007, at 9:00 a.m..

DATED: Hagåtña, Guam, December 18, 2006.

CARLSMITH BALL LLP

_____
DAVID LEDGER
ELYZE J. MCDONALD
Attorneys for Plaintiff
Jan's Helicopters Service, Inc.

## DECLARATION OF SERVICE

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on December 18, 2006, I will cause to be served, via hand delivery, a true and correct copy of the AGREEMENT OF HEARING DATE ON PLAINTIFF'S MOTION TO AMEND COMPLAINT; DECLARATION OF SERVICE upon the following Counsels of record:

> Mikel W. Schwab
> Assistant U.S. Attorney
> OFFICE OF THE UNITED STATES ATTORNEY
> DISTRICT OF GUAM AND CNMI
> Suite 500, Sirena Plaza
> 108 Hernan Cortez Avenue
> Hagåtña, Guam USA 96910
> **Attorneys for Plaintiff United States of America**

Executed this 18th day of December 2006 at Hagåtña, Guam.

DAVID LEDGER