CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Jan's Helicopters Service, Inc.

**FILED**
DISTRICT COURT OF GUAM
MAR 12 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JAN'S HELICOPTERS SERVICE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL AVIATION ADMINISTRATION,<br><br>Defendant. | CIVIL CASE NO. CIV03-00002<br><br>**AFFIDAVIT OF ELYZE J. MCDONALD FOR ENTRY OF DEFAULT** |

GUAM USA                              )
                                      ) ss:
MUNICIPALITY OF HAGÅTÑA   )

I, Elyze J. McDonald, being duly sworn, depose and state:

1. I am one of the attorneys for Plaintiff Jan's Helicopter Service, Inc. ("Jan's") in the above-entitled action.

2. On February 14, 2007, the Court granted Jan's Motion to Amend its Complaint, originally filed on February 4, 2003. The First Amended Complaint was filed on February 22, 2007, and served on the U.S. Attorney's Office by e-service and by hand delivery on February 22, 2007.

3. FAA has not served any Initial Disclosures on Jan's.

4. FAA has not filed an Answer in this case.

5. No extension has been requested or granted to file an Answer. An Answer was due on March 8, 2007.

6. FAA is not an infant nor is it an incompetent person and upon information and belief, is not a member of the military service of the United States.

Further Affiant sayeth not.

DATED: Hagåtña, Guam, March 12, 2007.

_____
ELYZE J. MCDONALD

SUBSCRIBED AND SWORN to before me, the undersigned Notary Public, duly sworn and commissioned in and for Guam USA this 12th day of March 2007, by ELYZE J. MCDONALD.



_____
NOTARY PUBLIC

TRINA M. PEREZ
NOTARY PUBLIC
In and for Guam U.S.A.
My Commission Expires: August 25, 2008
P. O. Box 5067, Hagåtña, Guam 96932