CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Jan's Helicopters Service, Inc.

FILED
DISTRICT COURT OF GUAM
MAR 12 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| JAN'S HELICOPTER SERVICE, INC., | CIVIL CASE NO. CIV03-00002 |
|---|---|
| Plaintiff, | |
| vs. | **DECLARATION OF SERVICE** |
| FEDERAL AVIATION ADMINISTRATION, | |
| Defendant. | |

I, Elyze J. McDonald, hereby declare under penalty of perjury of the laws of the United States, that on the 12th day of March 2007, I will cause to serve, via e-service, a true and correct copy of REQUEST FOR ENTRY OF DEFAULT; AFFIDAVIT OF ELYZE J. MCDONALD FOR ENTRY OF DEFAULT upon Defendant's counsel of record as follows:

> U.S. ATTORNEY'S OFFICE
> Suite 500 Sirena Plaza
> 108 Hernan Cortez Avenue
> Hagåtña, Guam 96910

ORIGINAL

DATED: Hagåtña, Guam, March 12, 2007.

CARLSMITH BALL LLP

*[signature]*
ELYZE J. MCDONALD
Attorneys for Plaintiff
Jan's Helicopters Service, Inc.