ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel : (671) 472-7332
Fax : (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAR 13 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| JAN'S HELICOPTER SERVICE, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FEDERAL AVIATION ) <br> ADMINISTRATION, ) <br> ) <br> Defendant. ) | CIVIL CASE NO. 03-00002 <br><br><br> ANSWER OF THE <br> UNITED STATES |

The United States of America, for the Federal Aviation Administration (FAA), hereby answers the Complaint in the above-entitled case as follows:

1. DENIES. The District Court lacks jurisdiction under 28 U.S.C. §1346(a)(2) because this is a takings case where the plaintiffs seek more than $10,000

2. This is an assertion requiring no answer, to the extent an answer is required, DENIES.

3. ADMITS that FAA is a U.S. agency within the Department of Transportation, DENIES all other allegations.

4. DENIES.

5. ADMITS.

6. DENIES.

7. The United States is without sufficient information and therefore DENIES.

8. DENIES.

9. ADMITS that Mr. Ziegler was an employee of the FAA, denies all other allegations.

10. DENIES.

11. The United States is without sufficient knowledge therefore DENIES.

12. DENIES.

13. DENIES..

14. DENIES.

15. DENIES.

16. DENIES.

17. ADMITS that Mr. Ziegler was an employee of the FAA with limited authority,

2

DENIES all other allegations.

18. DENIES.

19. DENIES.

**AFFIRMATIVE DEFENSES**

1. Jurisdiction for this claim is in the U.S. Court of Claims.

2. Plaintiff's Complaint fails to state a cause of action upon which relief can be granted.

WHEREFORE, the United States of America prays as follows:

1. That the plaintiff's Complaint and action be dismissed with prejudice and that both parties bear their own costs.

2. That the case be transferred to the U.S. Court of Claims.

Dated this 13th day of March, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney

## CERTIFICATION

I, Marie Chenery, working in the United States Attorney's Office, hereby certify that I caused to be served via personal delivery a copy of the **Answer and Amended Motion to Dismiss for Failure to State a Claim or, in the Alternative, to Transfer** to:

Carlsmith Ball LLP
Bank of Hawaii Bldg. Ste. 401
134 W. Soledad Ave.
Hagåtña, GU 96910

Dated: March 13, 2007

*Marie Chenery*
Marie Chenery
Paralegal