# ORIGINAL

1  LEONARDO M. RAPADAS
   United States Attorney
2  MIKEL W. SCHWAB
   Assistant U.S. Attorney
3  108 Hernan Cortez Ave.
   Sirena Plaza, Ste. 500
4  Hagatna, Guam 96910
   Tel: (671) 472-7332
5  Fax: (671) 472-7215

6  Attorneys for Plaintiff United States of America

**FILED**

DISTRICT COURT OF GUAM

MAR 14 2007

MARY L.M. MORAN
CLERK OF COURT

7

8              UNITED STATES DISTRICT COURT

9                       FOR THE

10                 TERRITORY OF GUAM

11

12  JAN'S HELICOPTERS SERVICE, INC.,        )    CIVIL NO. 03-00002
                                            )
13              Plaintiff,                   )
                                            )
14       vs.                                 )    DECLARATION OF SERVICE
                                            )
15  FEDERAL AVIATION ADMINISTRATION,        )
                                            )
16              Defendant.                   )
                                            )
17  _____ )

18       I, FRANCES B. LEON GUERRERO, Legal Assistant, in the U.S. Attorney's Office,

19  hereby declare under penalty of perjury of the laws of the United States, that on the 14th day of

20  March 2007, I cause to serve, via e-service, a true and correct copy of the Opposition to Entry of

21  Default, upon Plaintiff's counsel as follows:

22            David P. Ledger
              Carlsmith Ball LLP
23            Bank of Hawaii Building, Ste 401
              134 W. Soledad Ave
24            Hagatna, Guam 96910

25

26       BY: _Frances B Leon Guerrero_
              FRANCES B. LEON GUERRERO
27            Legal Assistant

28