# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| JAN'S HELICOPTER SERVICE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FEDERAL AVIATION ADMINISTRATION, <br><br> Defendant. | Civil Case No. 03-00002 <br><br> **ORDER** RE: <br> ENTRY OF DEFAULT |

Presently before the court is the Plaintiff's Request for Entry of Default. (Docket No. 43). The Plaintiff requests this court enter default against the Defendant because it had not timely filed an answer. The amended complaint was filed on February 22, 2007. Pursuant to Rule 12(a)(3)(A) of the Federal Rules of Civil Procedure, the Defendant has 60 days to file its answer. Here, the Defendant timely filed its answer on March 13, 2007. Accordingly, the Plaintiff's Request is hereby **DENIED.**

**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Mar 15, 2007**