ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
108 Hernan Cortez Ave.
Sirena Plaza, Ste. 500
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for Plaintiff United States of America

FILED
DISTRICT COURT OF GUAM
MAR 23 2007
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

FOR THE

TERRITORY OF GUAM

JAN'S HELICOPTERS SERVICE, INC., ) CIVIL NO. 03-00002
)
Plaintiff, )
)
vs. ) AGREEMENT HEARING DATE
)
FEDERAL AVIATION ADMINISTRATION, )
)
Defendant. )
)

Pursuant to Local Rule 7.1 (e) (2), the parties hereby acknowledge the following:

1. I, MIKEL W. SCHWAB, am the attorney for the Federal Aviation Administration, in this matter. I have contacted the attorney, for the opposing party in this action to agree upon a date for oral argument of the Defendant 's Amended Motion to Dismiss for Failure to State a Claim or, in the Alternative, to Transfer.

2. The attorney for the opposing party is:

    David P. Ledger
    Carlsmith Ball LLP
    Bank of Hawaii, Ste 401
    134 W. Soledad Ave
    Hagatna, Guam 96910

3. We have agreed upon the following date: April 27, 2007.

4. I called the Deputy Clerk of Court to ensure that the court is available on the above date.

DATED: March 26th, 2007.

LEONARDO M. RAPDAS
United States Attorney
Districts of Guam and CNMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney