CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Jan's Helicopter Service, Inc.



FILED
DISTRICT COURT OF GUAM
MAR 27 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JAN'S HELICOPTER SERVICE, INC., | CIVIL CASE NO. CV03-00002 |
| Plaintiff, | |
| vs. | **PLAINTIFF'S RESPONSE TO DEFENDANT'S PLEADING TITLED "AGREEMENT OF HEARING DATE" FILED MARCH 23, 2007; DECLARATION OF SERVICE** |
| FEDERAL AVIATION ADMINISTRATION, | |
| Defendant. | |

Plaintiff does not "agree" to the hearing date of April 27, 2006 for Defendant's Motion to

Dismiss or Transfer within the meaning or spirit of L.R. 7.1 (e) (2). Rather, from Plaintiff's

perspective, the best that can be said about this hearing date is that Plaintiff was forced to

capitulate to it. During the meet and confer session between respective Counsel to select a

hearing date, Plaintiff's Counsel made it clear that the date to which it could and would agree to

for hearing Defendant's Motion is May 7, 2007 (see Declaration of David Ledger filed March 26,

2007 in conjunction with Plaintiff's Motion to Stay), and that April 27, 2007 was unacceptable.

DATED: Hagåtña, Guam, March 27, 2007.

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. McDONALD
Attorneys for Plaintiff
Jan's Helicopter Service, Inc.

4851-8846-8737.1.051998-00036

ORIGINAL

## DECLARATION OF SERVICE

I, DAVID LEDGER, hereby declare under penalty of perjury of the laws of the United States, that on March 27, 2007, I will cause to be served, via hand delivery, a true and correct copy of **PLAINTIFF'S RESPONSE TO DEFENDANT'S PLEADING TITLED "AGREEMENT OF HEARING DATE" FILED MARCH 23, 2007; DECLARATION OF SERVICE** upon the following Counsels of record:

> Mikel W. Schwab
> Assistant U.S. Attorney
> OFFICE OF THE UNITED STATES ATTORNEY
> DISTRICT OF GUAM AND CNMI
> 108 Hernan Cortez Avenue
> Hagåtña, Guam USA 96910
> **Attorneys for Plaintiff United States of America**

Executed this 27th day of March 2007 at Hagåtña, Guam.

_____
DAVID LEDGER