LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
108 Hernan Cortez Ave.
Sirena Plaza, Ste. 500
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for United States of America

UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | | |
|---|---|---|
| JAN'S HELICOPTER SERVICE, INC., | ) | CIVIL NO. 03-00002 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER RE: REQUEST FOR |
| | ) | MODIFICATION OF TIME |
| FEDERAL AVIATION ADMINISTRATION, | ) | FOR REPLY |
| | ) | |
| Defendant. | ) | |

This Court's Order of March 27, 2007 is hereby modified. The Reply of the United States shall be filed on April 26, 2007.

**SO ORDERED.**

    **/s/ Frances M. Tydingco-Gatewood**
       **Chief Judge**
    **Dated: Apr 25, 2007**