# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CIVIL MINUTES
## GENERAL

CASE NO.: CV-03-00002  DATE: May 08, 2007
CAPTION: Jans Helicopter Service, Inc. -vs- Federal Aviation Administration

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley  Court Recorder: Leilani Toves Hernandez
Courtroom Deputy: Leilani Toves Hernandez  Electronically Recorded: 10:31:54 - 11:35:45
CSO: B. Benavente

---

**APPEARANCES:**

Counsel for Plaintiff(s)  Counsel for Defendant(s)
David Ledger  Mikel Schwab

---

**PROCEEDINGS: Amended Motion to Dismiss for Failure to State a Claim or, in the Alternative, to Transfer**

- Counsel presented argument on the motion.
- Motion taken <u>under advisement</u>.

NOTES: