CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Jan's Helicopter Service, Inc.

**FILED**
DISTRICT COURT OF GUAM
MAY -9 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JAN'S HELICOPTER SERVICE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FEDERAL AVIATION ADMINISTRATION, <br><br> Defendant. | CIVIL CASE NO. CV03-00002 <br><br> **PLAINTIFF'S CONSENT TO SETTLEMENT CONFERENCE; DECLARATION OF SERVICE** |

### CONSENT TO SETTLEMENT MEDIATION CONFERENCE

On May 8, 2007, the Court heard argument on Defendant's Motion to Transfer or Dismiss. During the hearing, the Court asked Counsel whether or not the parties would be amenable to a settlement mediation conference with the Magistrate Judge in the event Defendant's Motions are denied. Jan's Helicopter Service, Inc., through undersigned Counsel, hereby informs the Court of its consent to such a settlement mediation conference.

DATED: Hagåtña, Guam, May 9, 2007.

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. MCDONALD
Attorneys for Plaintiff
Jan's Helicopter Service, Inc.

# DECLARATION OF SERVICE

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on May 9, 2007, I will cause to be served, via hand delivery, a true and correct copy of **PLAINTIFF'S CONSENT TO SETTLEMENT CONFERENCE; DECLARATION OF SERVICE** upon the following Counsels of record:

> Mikel W. Schwab
> Assistant U.S. Attorney
> OFFICE OF THE UNITED STATES ATTORNEY
> DISTRICT OF GUAM AND CNMI
> Suite 500, Sirena Plaza
> 108 Hernan Cortez Avenue
> Hagåtña, Guam USA 96910
> **Attorneys for Plaintiff United States of America**

Executed this 9th day of May 2007 at Hagåtña, Guam.

_____
DAVID LEDGER