| AO435 (Rev. 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | | FOR COURT USE ONLY DUE DATE: |
|---|---|---|---|
| | TRANSCRIPT ORDER | | |

Read Instructions on Back.

| 1. NAME MIKEL W. SCHWAB | 2. PHONE NUMBER (671) 479-4119 | 3. DATE 05/09/2007 | |
|---|---|---|---|
| 4. MAILING ADDRESS Sirena Plaza, Ste 500 108 Hernan Cortez Ave. | 5. CITY Hagatna | 6. STATE GU | 7. ZIP CODE 96910 |
| 8. CASE NUMBER CV03-00002/03-00005 | 9. JUDICIAL OFFICIAL Tydingco-Gatewood | DATES OF PROCEEDINGS | |
| | | 10. FROM 05/08/2007 | 11. TO 05/08/2007 |
| 12. CASE NAME Jan's Helicopter Svc v. FAA Americopters v. Federal Aviation Administration | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Hagatna | 14. STATE GU |

15. ORDER FOR
- [ ] APPEAL
- [x] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
**Entire proceedings of hearing on both cases.**

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

FILED
DISTRICT COURT OF GUAM
MAY 10 2007
MARY L.M. MORAN
CLERK OF COURT

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☒ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| | | | ESTIMATE TOTAL | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE
MIKEL W. SCHWAB Assistant U.S. Attorney

19. DATE 05/09/2007

PROCESSED BY
PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY
COURT ADDRESS

| ORDER RECEIVED | DATE 5/10/07 | BY | |
|---|---|---|---|
| DEPOSIT PAID | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE | |

(Previous editions of this form may still be used)   ORIGINAL - COURT COPY   YELLOW - TRANSCRIPTION COPY   GREEN - ORDER RECEIPT   PINK - ORDER COPY