CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Jan's Helicopter Service, Inc.



FILED
DISTRICT COURT OF GUAM
JUN -7 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JAN'S HELICOPTER SERVICE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL AVIATION ADMINISTRATION,<br><br>Defendant. | CIVIL CASE NO. CIV03-00002<br><br>**NOTICE OF INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. §1292(d)(4)(A); DECLARATION OF SERVICE** |

### NOTICE OF INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(d)(4)(A) AND FED. R. APP. P. 3(a)(1)

Pursuant to 28 U.S.C. §1292(d)(4)(A) and Fed. R. App. P. 3(a)(1), notice is hereby given that Jan's Helicopter Service, Inc. appeals to the United States Court of Appeals for the Federal Circuit from the Order granting the Federal Aviation Administration's Motion to transfer this action to the Court of Federal Claims.

The Order granting the Motion to transfer was filed May 11, 2007.

DATED: Hagåtña, Guam, June _6_, 2007.

CARLSMITH BALL LLP

_____
DAVID LEDGER
ELYZE McDONALD
Attorneys for Plaintiff
Jan's Helicopter Service, Inc.

## DECLARATION OF SERVICE

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on June 7, 2007, will cause to be served, via hand delivery, a true and correct copy of NOTICE OF INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. §1292(A)(3); DECLARATION OF SERVICE upon the following Counsels of record:

> Mikel W. Schwab
> Assistant U.S. Attorney
> OFFICE OF THE UNITED STATES ATTORNEY
> DISTRICT OF GUAM AND CNMI
> Suite 500, Sirena Plaza
> 108 Hernan Cortez Avenue
> Hagåtña, Guam USA 96910
> Attorneys for Plaintiff United States of America

Executed this 6th day of June 2007 at Hagåtña, Guam.

_____
DAVID LEDGER