# United States District Court
DISTRICT OF GUAM
4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

MARY L.M. MORAN  
CLERK OF COURT

June 8, 2007

TEL: (671) 473-9100  
FAX: (671) 473-9152

**INTERLOCUTORY APPEAL**  **2007-1410**

United States Court of Federal Claims  
103 Howard T. Markey National  
    Courts Building  
717 Madison Place, N.W.  
Washington, D.C. 20005

RE: Civil Case No. 03-00002  
Jan's Helicopter Service, Inc., - vs - Federal Aviation Administration

In reference to the above-entitled case, enclosed herewith please find the following:

(X) Certified copy of **Notice of Appeal, filed June 7, 2007**

(X) Certified copy of **Order re Amended Motion to Dismiss for Failure to State a Claim or, in the Alternative, to Transfer, filed May 11, 2007**

(X) Certified copy of Docket Sheet

( ) Notice of Appeal Notification Form

( ) Civil Docketing Statement

( ) Excerpts of Records

( ) Other

**FILED**  
U.S. COURT OF APPEALS FOR  
THE FEDERAL CIRCUIT

JUN 19 2007

JAN HORBALY  
CLERK

Please acknowledge receipt on the enclosed copy of this letter. Thank you.

Sincerely,

Marilyn B. Alcon  
Deputy Clerk

Enclosures  
cc: David Ledger/Elyze McDonald    Mikel Schwab

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 2007-1410 - JAN'S HELICOPTER V FAA

**Date of docketing:** 06/19/2007

**Appeal from:** United States District Court / District of Guam
case no. 03-CV-00002

**Appellant(s):** Jan's Helicopter Service, Inc.

**Critical dates include:**
- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. *(Due within 14 days of the date of docketing, or within 30 days if the United States or its officer or agency is a party in the appeal.)* See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.fedcir.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions. See Fed. Cir. R. 33.
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**
- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.fedcir.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Transcript Purchase Order form to appellants.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US District Court, District of Guam
Jeanne E. Davidson
David Ledger



RECEIVED
JUN 25 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2007-1410

JAN'S HELICOPTER SERVICE, INC.,

Plaintiff-Appellant,

v.

FEDERAL AVIATION ADMINISTRATION,

Defendant-Appellee.

Appeal from the United States District Court for the District of Guam in case no. 03-CV-00002, Chief Judge Frances M. Tydingco-Gatewood.

Authorized Abbreviated Caption[2]

JAN'S HELICOPTER v FAA, 2007-1410

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.