1
2
3
4
5
6           DISTRICT COURT OF GUAM
7           TERRITORY OF GUAM
8
9
10  JAN'S HELICOPTER SERVICE, INC.,                Civil Case No. 03-00002
11              Plaintiff,
12      vs.                                                **ORDER**
13  FEDERAL AVIATION ADMINISTRATION,
14              Defendant.
15
16          On May 11, 2007, this court issued its order granting the Defendant's Motion to Transfer.

17  *See* Docket No. 67.  On May 15, 2007, the Clerk's office issued a letter to the United States of

18  Court of Federal Claims to initiate the transfer.  However, pursuant to 28 U.S.C. § 1292(d)(4)(B)

19  a 60 day stay is in effect before the transfer to the Court of Claim shall be carried out.  *See* 28

20  U.S.C. § 1292(d)(4)(B).  Accordingly, this court ordered the Clerk's office to not transmit the

21  May 15, 2007 letter and May 11, 2007 Order until 60 days had passed the May 11, 2007 date or

22  until further order of the court.[1]  There has now been an interlocutory appeal filed to the United

23  States Court of Appeals for the Federal Circuit.  Accordingly, this court's order to not transmit

24  the  May 15, 2007 letter and May 11, 2007 Order remains in effect until further order of the

25  court.

26          **SO ORDERED**.                                /s/ Frances M. Tydingco-Gatewood
                                                              **Chief Judge**
27                                                            **Dated: Sep 26, 2007**

28
    _____
    [1]The Clerk's office docketed the letter, however, had not mailed the transmittal.