# United States Court of Appeals
## for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20439

Jan Horbaly
Clerk of Court

February 14, 2008
Fax: (671) 473-9152

202-633-6550
202-633-9623 (F)

United States Courthouse, 4th Floor
520 West Soledad Avenue
Hagatna, GU 96910-4950

Re: **Jan's Helicopter V. FAA, Case no: 03-CV-00002,
Americopters V. FAA, Case no: 03-CV-00005**
(CAFC 2007-1410 and 2007-1411)

Attn: Appeals Section:

Please transmit the complete record including any sealed documents and transcripts, for the case(s) listed above. Please also include a complete listing of documents contained in the record. It is not necessary to include trial exhibits.

We would like to receive the record as soon as possible. It will be returned to you upon disposition of the appeal.

Sincerely,

Valerie White
Deputy Clerk
(202) 312-5519

RECEIVED
FEB 20 2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM