

**FILED**
DISTRICT COURT OF GUAM
MAR 0 5 2008
JEANNE G. QUINATA
Clerk of Court

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JAN'S HELICOPTER SERVICE, INC, )<br>)<br>Plaintiff, )<br>)<br>- vs - )<br>)<br>FEDERAL AVIATION ADMINISTRATION, )<br>)<br>Defendant. )<br>_____) | CAFC #2007-1410<br>D.C. #CV-03-00002<br><br>CLERK'S CERTIFICATE<br>OF TRANSMITTAL |

UNITED STATES OF AMERICA
DISTRICT COURT OF GUAM

I, Jeanne G. Quinata, Clerk of the District Court of Guam, for the Territory of Guam, do hereby certify that pursuant to Federal Circuit Rule 11, I am transmitting herein to the United States Court of Appeals for the Federal Circuit said documents consecutively numbered according the filing date as shown in the Docket Sheet, attached hereto.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the official seal of the said District Court of Guam, this 5th day of March, 2008.

JEANNE G. QUINATA
CLERK, DISTRICT COURT OF GUAM

By: _____
        Deputy Clerk

UNITED STATES COURT OF APPEALS

FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| JAN'S HELICOPTER SERVICE, INC., ) | |
| ) | |
| Plaintiff, ) | CAFC #2007-1410 |
| ) | D.C. #CV-03-00002 |
| - vs - ) | |
| ) | |
| FEDERAL AVIATION ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

RECORD ON APPEAL

FROM THE TERRITORY OF GUAM

RECORD ON APPEAL
(Three Volumes)

REPORTER'S TRANSCRIPTS
(Documents #13 and #72)

THE HONORABLE FRANCES TYDINGCO-GATEWOOD

NAMES AND ADDRESSES OF ATTORNEYS OF RECORD

Elyze McDonald
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue
P.O. Box BF
Hagatna, Guam 96910

Mikel W. Schwab
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910

 

# District Court of Guam

4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910
Telephone: (671) 473-9100; Facsimile: (671) 473-9152
www.gud.uscourts.gov

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge

JEANNE G. QUINATA
Clerk of Court

March 5, 2008

United States Court of Appeals
for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20439

**Attn: Valerie White
Deputy Clerk**

Re: **CV-03-00002 - CAFC 2007-1410
Jan's Helicopter Service, Inc. vs Federal Aviation Administration**

Dear Ms. White:

In reference to the above-entitled matter, forwarded is the record transmittal form consisting of the following:

- Record on Appeal **(Three Volumes)**
- Reporter's Transcript **(Docs #13 and #72)**
- Docket Sheet

Sincerely,

Marilyn B. Alcon
Deputy Clerk

Enclosures
**NOTE: Please return documents when finished. Please acknowledge receipt on attached letter.**