

# District Court of Guam

4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910
Telephone: (671) 473-9100; Facsimile: (671) 473-9152
www.gud.uscourts.gov



**FRANCES M. TYDINGCO-GATEWOOD**
Chief Judge

**JEANNE G. QUINATA**
Clerk of Court

August 13, 2008

Attn: Debbie Samler, Sr. Case Manager
United States Court of Federal Claims
717 Madison Place, NW
Washington, DC 20005

**Re: District Court of Guam Civil Case No. 03-00002**
**Jan's Helicopter Service, Inc. vs. Federal Aviation Administration**

Dear Ms. Samler:

Per your request, please find enclosed certified copies of the following documents in the above-entitled case:

1. Docket sheet
2. Complaint
3. First Amended Complaint
4. Order re: Amended Motion to Dismiss for Failure to State a Claim or, in the Alternative, to Transfer
5. Mandate from the United States Court of Appeals for the Federal Circuit
6. Order filed July 8, 2008

If you should have any question, please contact this office.

Sincerely,

Virginia T. Kilgore
Deputy Clerk

Enclosures